1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   JULIETA STEPANYAN (State Bar No. 280691)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone: 310-556-5800
   Facsimile:  310-556-5959
5  Email:      *lacalendar@stroock.com*

6  Attorneys for Defendant
     Chase Bank USA, N.A., erroneously sued as
7    JPMorgan Chase Bank

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                             **SAN JOSE DIVISION**

11  SUPASIRI SIRAYANONE,                 )  Case No. 5:16-cv-00553-EJD
                                         )
12            Plaintiff,                 )
                                         )  **NOTICE OF SETTLEMENT BETWEEN**
13       vs.                             )  **PLAINTIFF AND CHASE BANK USA,**
                                         )  **N.A. AND [PROPOSED] ORDER RE**
14  EXPERIAN INFORMATION SOLUTIONS,      )  **CASE DEADLINES**
    INC.; CITIGROUP, INC.; JPMORGAN      )
15  CHASE BANK; TOYOTA FINANCIAL         )
    SERVICES AMERICAS CORPORATION;       )
16  CAPITAL ONE, NATIONAL ASSOCIATION    )
    and DOES 1 through 100 inclusive,    )
17                                       )
              Defendants.                )
18                                       )

---

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND
[PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16-cv-00553-EJD

LA 51984104

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Supasiri Sirayanone ("Plaintiff"), on the one hand, and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), on the other, have reached a settlement in principle, which will result in the dismissal of Chase from this action with prejudice. Plaintiff and Chase currently are negotiating the terms of a settlement agreement and expect that the settlement documentation and the obligations of the parties thereunder will be finalized within the next thirty (30) days. Accordingly, the parties respectfully request that all pending dates and filing requirements pertaining to Chase be vacated.

Dated: April 12, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOSEPH ANGELO

By: */s/ Elliot Gale*
Elliot Gale

Attorneys for Plaintiff
SUPASIRI SIRAYANONE

Dated: April 12, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: */s/ Stephen J. Newman*
Stephen J. Newman

Attorneys for Defendant
Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank

**IT IS SO ORDERED**.

Dated: 4/14/2016

Hon. Edward J. Davila
United States District Judge

- 1 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16-cv-00553-EJD

LA 51984104

**FILER'S ATTESTATION**

I, Stephen J. Newman, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2015, a copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman