```
 1  STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
 2  STEPHEN J. NEWMAN (State Bar No. 181570)
    JULIETA STEPANYAN (State Bar No. 280691)
 3  2029 Century Park East
    Los Angeles, CA 90067-3086
 4  Telephone:  310-556-5800
    Facsimile:  310-556-5959
 5  Email:      lacalendar@stroock.com

 6  Attorneys for Defendant
      Chase Bank USA, N.A., erroneously sued as
 7    JPMorgan Chase Bank

 8  SAGARIA LAW, P.C.
    Scott J. Sagaria (SBN 217981)
 9  Elliot W. Gale (SBN 263326)
    Joe Angelo (SBN 268542)
10  2033 Gateway Place, 5th Floor
    San Jose, CA 95110
11  Telephone:   408-279-2288
    Facsimile:   408-279-2299
12
    Attorneys for Plaintiff
13    Supasiri Sirayanone
```

**IT IS SO ORDERED**
[Signature]
Judge Edward J. Davila
DATED: 5/26/2016

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SUPASIRI SIRAYANONE,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CITIGROUP, INC.; JPMORGAN CHASE BANK; TOYOTA FINANCIAL SERVICES AMERICAS CORPORATION; CAPITAL ONE, NATIONAL ASSOCIATION and DOES 1 through 100 inclusive,<br><br>  Defendants. | Case No. 5:16-cv-00553-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** |

TO THE COURT, CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed WITH PREJUDICE as to Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, only. Each party shall bear its own attorneys' fees and costs.

Dated: May 6, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE ANGELO

By: _____
    Elliot Gale

Attorneys for Plaintiff
Supasiri Sirayanone

Dated: May 24, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: _____
    Stephen J. Newman

Attorneys for Defendant
    Chase Bank USA, N.A., erroneously sued
    as JPMorgan Chase Bank

# CERTIFICATE OF SERVICE

I hereby certify that, on May 24, 2016, a copy of the foregoing **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman

- 2 -
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984567