UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUPASIRI SIRAYANONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No.  5:16-cv-00553-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to allow the parties additional time to finalize a settlement agreement and file a dismissal of Experian Information Solutions, Inc., the Case Management Conference scheduled for June 9, 2016, is CONTINUED to **10:00 a.m. on August 4, 2016**. The parties shall file an updated Joint Case Management Conference Statement on or before **July 28, 2016**.

In addition, Plaintiff shall request the Clerk enter the default of Toyota Financial Services Americas Corporation, or shall otherwise resolve or dismiss the claims against it, on or before **June 13, 2016.**

**IT IS SO ORDERED.**

Dated: June 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge