UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUPASIRI SIRAYANONE,<br><br>      Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>      Defendants. | Case No. 5:16-cv-00553-EJD<br><br>**ORDER TO SHOW CAUSE** |

On June 3, 2016, the court issued an order that, inter alia, required Plaintiff to request the Clerk enter the default of Defendant Toyota Financial Services Americas Corporation, or otherwise resolve or dismiss the claims against it, on or before June 13, 2016. The deadline to take such action has expired and Plaintiff has not complied.

Accordingly, the court hereby issues an order to show cause why all claims against Defendant Toyota Financial Services Americas Corporation should not be dismissed for failure to prosecute. If Plaintiff does not, by **June 21, 2016**, either (1) request the Clerk enter the default Toyota Financial Services Americas Corporation or otherwise resolve or dismiss claims against it, or (2) demonstrate good cause in writing why the claims should not be dismissed, the court will dismiss them with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: June 14, 2016

                                                                                 
EDWARD J. DAVILA
United States District Judge