UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUPASIRI SIRAYANONE,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA FINANCIAL SERVICES AMERICAS CORPORATION,<br><br>Defendant. | Case No.  5:16-cv-00553-EJD<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT** |

Because Plaintiff did not comply with the order filed on June 14, 2016 (Dkt. No. 46), all claims against Toyota Financial Services Americas Corporation, are DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  June 22, 2016

EDWARD J. DAVILA
United States District Judge